AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

_____ DISTRICT OF MASSACHUSETTS _____

UNITED STATES OF AMERICA

V.

ANGELO MARTIGNETTI, JR.

**CRIMINAL COMPLAINT**

CASE NUMBER: MJ# 05-824-MBB

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about Beginning June 12, 2002 and continuing through 3/2005 in Essex county, in the District of Massachusetts defendant(s) did, (Track Statutory Language of Offense)

an employee of an FDIC insured bank, embezzled, purloined and willfully misapplied moneys and funds of such bank and moneys and funds intrusted to the custody and care of such bank.

in violation of Title 18 United States Code, Section(s) 656 .

I further state that I am a(n) FBI Special Agent and that this complaint is based on the following
                                    Official Title
facts:

SEE ATTACHMENT A

Continued on the attached sheet and made a part hereof:    ☒ Yes    ☐ No

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

05-05-2005 @ 5:10 PM                at                    Boston, MA
Date                                                      City and State

Marianne B. Bowler,
United States Magistrate Judge                            _____
Name & Title of Judicial Officer                          Signature of Judicial Officer

This form was electronically produced by Elite Federal Forms, Inc.