✎AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

### DISTRICT OF ___MASSACHUSETTS___

| UNITED STATES | **EXHIBIT AND WITNESS LIST** |
|---|---|
| V. | |
| ANGELO MARTIGNETTI, JR. | Case Number:  05-MJ-524-MBB |

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| BOWLER | ALLISON BURROUGHS | PAUL MARKHAM |

| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
|---|---|---|
| 5/9/2005 | DIGITAL | SACCOCCIO |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | 5/9/2005 | | | SPECIAL AGENT JAMES P. HISGEN, F.B.I.,  for the govt. |
| 1 | | 5/9/2005 | X | X | AFFIDAVIT |
| 2 | | 5/9/2005 | X | X | SUSPICIOUS ACTIVITY REPORT |
| 3 | | 5/9/2005 | X | X | SUMMARY OF DEPOSITS |
| | | 5/9/2005 | | | ANGELO MARTIGNETTI, SR., called by defense counsel |
| | | 5/9/2005 | | | BENJAMIN MARTIGNETTI called by defense counsel |
| | | 5/9/2005 | | | CHRISTOPHER MARTIGNETTI called by defense counsel |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.