UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

vs                                                                          05-CR-10131-JLT

ANGELO MARTIGETTI

MOTION TO WITHDRAW AS COUNSEL

Now comes Paul F. Markham who was appointed under the Criminal Justice Act as counsel to the defendant in the above entitled case and moves that he be permitted to withdraw for the reason that the defendant has retained private counsel.

Respectfully submitted

Paul F. Markham
P.O. Box 1101
Melrose, MA 02176
781-665-1800
Fax 281-665-4448
B.B.O. 3208

CERTIFICATE OF SERVICE

I hereby certify that on this day the above document was served attorney of record for each party by mail

Date: