AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

**APPEARANCE**

MJT

Case Number: 05 - 8243 MBB

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for Angelo Martignetti Jr

I certify that I am admitted to practice in this court.

6/7/5
Date

Signature

C. Michael Clifford    565754
Print Name             Bar Number

305 Main St
Address

Charlestown   MA    02129
City          State  Zip Code

(617) 241-7446   (617) 241-5014
Phone Number     Fax Number