UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

DOCKET NO. 05-10131JLT

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| VS. | ) |
| | ) |
| ANGELO MARTIGNETTI | ) |

### ASSENTED MOTION TO CONTINUE

Now comes the defendant Angelo Martignetti in the above-entitled matter and moves that he be allowed that the case be continued from September 13, 2005 to September 19, 2005 at 2:30 P.M.

Counsel states as reason(s) therefor that he is held in Suffolk Superior Court on the matter of Commonwealth vs. Michael Glennon.

The time of the continuance would be excluded by the rules.

This Motion is assented to by the U.S. Attorney Allison Burroughs.

Defendant states that said request is fair and in the interest of justice and that the Government will not be prejudiced thereby.

By His Attorney,

_____
CHARLES M. CLIFFORD
BBO #565784
305 Main Street
Charlestown, MA 02129
617-241-7440

Assented to:

_____
Allison Burroughs
Assistant U. S. Attorney

Dated: 9/15/05