AO 458 (Rev. USAO-MA 09/04) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF                MASSACHUSETTS

UNITED STATES OF AMERICA

v.                                                          **APPEARANCE**

ANGELO MARTIGNETTI

Case Number:   05-10131-JLT

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for    the United States of America.

I certify that I am admitted to practice in this court.

September 19, 2005
Date                                                          Signature

/s/  Mark J. Balthazard            544463
Print Name                                  Bar Number

U.S. Attorney's Office, One Courthouse Way
Address

Boston              MA     02210
City                      State        Zip Code

617-748-3208         617-748-3960
Phone Number                              Fax Number