# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

Criminal No. 05-10131-JLT

UNITED STATES OF AMERICA

v.

ANGELO MARTIGNETTI, JR.

## FINAL STATUS REPORT

September 20, 2005

**BOWLER, U.S.M.J.**

The following status of the above-entitled case is hereby reported to the district judge to whom this case is assigned, to wit:

1. The Indictment in the above-entitled case, which charges the defendant with embezzlement by a bank employee, was returned on May 26, 2005;

2. The defendant was arraigned on the Indictment on June 7, 2005;

3. The defendant is not in custody on the charges;

      4. At the time of arraignment, the attorney for the government estimated that the government would call approximately five to ten witnesses and that the trial would last approximately one week;

      5. Counsel for the defendant has indicated that case will be resolved by way of a plea of guilty;

      6. As of the date of this Final Status Report, time has been excluded through September 19, 2005;

      7. This case is hereby returned to the district judge to whom this case is assigned.

      /s/ Marianne B. Bowler
**MARIANNE B. BOWLER**
United States Magistrate Judge