

# MEMORANDUM

**To:**     Honorable Marianne B. Bowler, U.S. Magistrate Judge

**From:**   Judith Oxford, Drug/Alcohol Treatment Specialist

**Re:**     MARTIGNETTI, Angelo
            CR# 05-10131-JLT

**Date:**   November 7, 2005

This memorandum is to respectfully request a bail review hearing. On May 6, 2005, Mr. Martignetti appeared before Your Honor following a charge of Embezzlement of F.D.I.C. Funds. The Government filed a motion for detention and a hearing was scheduled for May 9, 2005. On May 9, 2005, Mr. Martignetti was ordered to enter residential drug treatment. Initially, he was transported to the detox at the Center for Addictive Behavior in Danvers, MA. However, following his admit on May 9, 2005, it was discovered that there was no bed space available at the residential program and he was transported by his family to the Spectrum Residential Program, Westboro, MA on May 11, 2005.

At Spectrum, Mr. Martignetti made a positive transition to the treatment program. He was compliant with rules and followed the program routines without incidence. Initially, Mr. Martignetti was quiet and not forthcoming with feelings and ideas. However, this changed as time progressed. Mr. Martignetti appeared to ignite in his involvement in the treatment program and in his enthusiasm for recovery. He became a positive spokesperson to the newer clients and was asked to run the group therapy for new clients, just entering treatment. He became a mentor to other residents and was chosen to work as the peer coordinator, the most prestigious responsibility a client can have at Spectrum. Mr. Martignetti renewed his relationships with family members and they have consistently visited him at Spectrum, throughout his six month stay. Mr. Martignetti has inspired other residents to follow the rules and work together to make a stronger community at Spectrum.

Mr. Martignetti will graduate on Wednesday, November 9, 2005. He has developed a continuing care plan for after graduation which has been endorsed by his primary clinician, Peter Legere. Mr. Legere recommends the following:

(1) Reside with his father at 77 Parkland Avenue, Lynn, MA.
(2) Attend daily 12 step meetings in the community.
(3) Refrain from all alcohol use and all illegal drug use.
(4) Pursue educational opportunities, ie. Mass Rehabilitation Commission.
(5) Join a 12 step group and become active, socially with the 12 step community.
(6) Maintain the connection with Spectrum and volunteer with the Spectrum community when possible.

Pretrial Services would further recommend the following:
(7) Submit to random drug testing as directed.
(8) Report to Pretrial Services as directed.
(9) Participate in drug treatment as directed.
(10) Travel allowed in New England. Restricted outside of New England unless with prior approval by the Court
(12) Possess no Firearms

JAO

cc:    Allison Burroughs, AUSA
       Michael Clifford, Esq.