UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| **UNITED STATES OF AMERICA** ) |  |
| ) | CRIMINAL NO. 05-10131-JLT |
| v. ) |  |
| ) |  |
| **ANGELO MARTIGNETTI, JR.,** ) |  |
| Defendant ) |  |
| ) |  |

**GOVERNMENT'S MOTION FOR A RULE 11 HEARING**

The United States hereby moves for the scheduling of a Rule 11 hearing. As grounds therefor, the government states that a Rule 11 hearing had been scheduled for November 16, 2005, but was cancelled by the Court and no new date has been set. The government therefore requests that the Court schedule a Rule 11 hearing at its earliest convenience.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:   /s/ Mark J. Balthazard
MARK J. BALTHAZARD
Assistant U.S. Attorney

**Certificate of Service**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on January 23, 2006.

  /s/ Mark J. Balthazard
MARK J. BALTHAZARD
Assistant U.S. Attorney