

# CLIFFORD LAW OFFICES

305 Main Street, P.O. Box 62, Charlestown, Mass. 02129
617-241-7440
Fax# 617-241-5014

Charles A. Clifford
C. Michael Clifford

October 31, 2006

Honorable Joseph L. Tauro
John J. Moakley U.S. Courthouse
Suite 7110
1 Courthouse Way
Boston, MA 02210

Re: United States vs. Angelo Martignetti
    Docket No. 05-1013 JLT

Dear Judge Tauro:

    This letter is to explain my absence for the sentencing hearing of Angelo Martignetti on September 6, 2006 that was scheduled in front of Your Honor.

    On the date prior to the hearing I was suffering from flu-like symptoms, including nausea and other symptoms which made me unable to comfortably sleep. After spending all the entire night in discomfort I had hoped that the symptoms would have dissipated prior to the hearing which was scheduled for September 6th.

    On the morning of the 6th I was unable to keep food in my system nor was I able to focus clearly for any considerable period of time. I had contemplated going to an emergency room, but I have never been hospitalized for an illness in my life. Once I realized that I could not effectively represent my client at the hearing, I had my secretary contact the Court and the U.S. Attorney to minimize the inconvenience.

Honorable Joseph L. Tauro
Page Two
October 31, 2006

    In conclusion, I have never taken a sick day in almost 14 years as an attorney. I respectfully apologize for causing the Court any inconvenience.

                              Very truly yours,

                              C. Michael Clifford

CMC:mtc