# United States Court of Appeals
## For the First Circuit

2007 MAY 10 P 1: 53



FILED IN CLERKS OFFICE
US COURT OF APPEALS
FOR THE FIRST CIRCUIT

UNITED STATES
Appellant

v.

ANGELO MARTIGNETTI, JR.
Defendant - Appellee



**JUDGMENT**

Entered: May 10, 2007
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of Appellant's unopposed motion, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b) with each party to bear its own costs.

Mandate to issue forthwith.

By the Court:
Richard Cushing Donovan, Clerk

By: _____
Chief Deputy Clerk

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

Deputy Clerk

Date: 5-10 2007

[cc: Mark J. Balthazard, Esq., Dina M. Chaitowitz, AUSA]